# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

___Angela Kay Rudder_____,

___T.H.   (minor)_____,

_____,
*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 3:21 CV1001 MCR-EMT
*(To be filled in by the Clerk's Office)*

v.

_____"see attached"_____,

_____,
*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*
_____/

**Jury Trial Requested?**
☐ YES  ☒ NO

FILED USDC FLND PN
SEP 3'21 AM 8:26- AB

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

1

Page 1 (cont)

Santa Rosa County School Board and Santa Rosa County School District Superintendent, Timothy Wyrosdick. School Board members, Linda Sanborn, Clifton Hinote, Carol Boston, Jennifer Granse, Wei Ueberschaer.

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Angela Kay Rudder

   Address: 8700 Front Beach Road

   Unit 7203

   City, State, and Zip Code: Panama City Beach, FL 32407

   Telephone: _____ (Home) 850.232.6631 (Cell)

2. Plaintiff's Name: T.H.   (minor)

   Address: 8700 Front Beach Road

   Unit 7203

   City, State, and Zip Code: Panama City Beach, FL 32407

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Timothy Wyrosdick

   Official Position: Superintendent - Santa Rosa County School District

   Employed at: Santa Rosa County School District

   Mailing Address: 6032 Hwy 90

   Milton, FL 32570

   ☐ Sued in Individual Capacity      ☒ Sued in Official Capacity

2. Defendant's Name: Wei Ueberschaer

   Official Position: School Board Member - District - 5

   Employed at: Santa Rosa County School District

   Mailing Address: 6032 Hwy 90

   Milton, FL 32570

   ☐ Sued in Individual Capacity      ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Page 3 (cont.)

    3. Defendant's Name:  Jennifer Granse

    Official Position: School Board Member – District 4

    Employed at:  Santa Rosa County School District

    Mailing Address:  6032 Hwy 90

            Milton, FL 32570

                                          Sued in Official Capacity

    4. Defendant's Name:  Carol Boston

    Official Position: School Board Member – District 3

    Employed at:  Santa Rosa County School District

    Mailing Address:  6032 Hwy 90

            Milton, FL  32570

                                          Sued in Official Capacity

    5. Defendant's Name:  Clifton Hinote

    Official Position: School Board Member – District 2

    Employed at:  Santa Rosa County School District

    Mailing Address:  6032 Hwy 90

            Milton, FL  32570

                                          Sued in Official Capacity

    6. Defendant's Name:  Linda Sanborn

    Official Position: School Board Member – District 1

    Employed at:  Santa Rosa County School District

    Mailing Address:  6032 Hwy 90

            Milton, FL  32570

                                          Sued in Official Capacity

Are you bringing suit against (*check all that apply*):

☒ Federal Officials (*Bivens case*)        ☐ State/Local Officials *(§ 1983 case)*

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum***. You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

1. September 6, 2018 T.H. was involved in an altercation at Gulf Breeze High School during fourth period P.E. Class. Gulf Breeze High School officials determined T.H. was guilty of participation in a mutual altercation, "fighting." T.H was suspended for 5 days from Gulf Breeze High School, from September 7-September 13. Dean Barker phoned me at 1:22pm to notify me T.H. had been suspended, she asked for me to pick T.H. up from school. When I picked up T.H. from school, I asked Dean Barker how altercation was determined to be a fight, she told me they had video evidence. I asked to view the video, she wrote Principal Brothers and Assistant Principal Keen's names/numbers on the back of a business card and told me I would need to contact one of them for permission to view the video evidence. The same afternoon, Peter Harris-Inman

# Factual Allegations, Continued *(Page  1  of  5 )*

(father of T.H.) and I met with Assistant Principal Keen. Questions of concern brought to Assistant Principal Keen's attention from T.H.'s incident

report: T.H described "a basketball being pegged at the back of my head" AP Keen downplayed, stating kids exaggerate. "Someone threw it

back at him," I asked AP Keen if he was aware a third student was involved, he was not. He had not viewed this portion of the video. We asked

AP Keen for permission to view the video, he explained he would need to send the request to the district to Director of High Schools Jason Weeks, the video

would need to be blurred out to protect the identities of other students, he would notifiy us when the video was ready to view. The following day,

Peter Harris-Inman followed up asking AP Keen if he had seen the portion of the video leading up to the altercation and asked when we could

expect to view the video. Saturday, September 8, 2018 AP Keen notified Peter Harris-Inman that we would not be allowed to view the video evidence.

Monday, September 10, 2018 Peter Harris-Inman and I met with Principal Brothers who agreed we would not be allowed to view the video, noting

privacy laws of students and videos. He confirmed T.H. was involved in a mutal fight, a third student being involved completely disregarded.

We told Principal Brothers T.H. asked Dean Barker twice to contact a parent or grandparent. Prinicpal Brothers indicated we don't do that, (allow

students to contact parents) and Dean Barker should not have completed the bottom portion of the Principal Report of Suspension about a parent being

notified. Principal Brothers agreed with what Assistant Principal Keen's told us, and stated if we want to see the video evidence we are going to have to press

charges against D.D., he said he hoped we would decide not to do that. Principal Brothers assured us that T.H. suspension would in no way affect

T.H. involvement in Chick Fil A Leadership Club or JROTC. Wednesday, September 12, 2018 Literacy Coordinator Santa Rosa County School

District, Patti McKnight phoned me, she heard T.H. had been suspsended. I let her know we were not being allowed to view the video evidence.

Patti McKnight offered to speak to Director of High Schools Jason Weeks about us viewing the video. After doing so, Patti McKnight called me

back and told me Director of High Schools Jason Weeks told her we would not be viewing the video and niether would she.

2. October 17, 2018 submitted a request in writing asking permission to view the video evidence to Principal Brothers, he approved the request

on September 18, 2018. Peter Harris-Inman and I met Principal Brothers and Assistant Principal Keen at Gulf Breeze High School in Dean Barker's

# Factual Allegations, Continued *(Page 2 of 5)*

office. Principal Brothers did not provide any other additional "evidence" besides T.H. incident report. Principal Brothers indicated school officials are not required to obtain witness statements because they have video evidence. The video started at the altercation, we requested the video be backed up to the events leading up to the altercation. The video evidence supports T.H. description of incident. D.D. threw a basketball, pegged T.H. in the back of the head. A third student, S.N. threw/passed basketball in D.D. direction, D.D. approaches T.H, running his mouth, started swinging on T.H. T.H. defended himself against his agressor. Principal Brothers stated a third student's involvement is not relevant. I inquired about an unrelated altercation occuring on Gulf Breeze High School in front of school of which I had a video. Principal Brothers indicated school officals had not yet obtained a video of that altercation; however, he could not discuss the punishment of other students. October 25, 2018 Peter Harris-Inman and I met with Principal Brothers, he provided us with Director of High School Jason Weeks name and the phone number to the Blackwater River Correctional Facility-Department of Corrections. October 30, 2018 I requested Director of High Schools Jason Weeks provide the video evidence to the Gulf Breeze Police Department. Jason Weeks stated, if Gulf Breeze Police Department requests the video, he would certainly coorperate. December 6, 2018 we began to arrange meeting with Director of High School Jason Weeks, requesting all documentation surrounding this incident. Jason Weeks asked if we would be bringing an attorney. We stated we would not be bringing an attorney, nor had we retained an attorney. December 12, 2018 Peter Harris-Inman and I met at the Santa Rosa County District office in Milton, FL to view the video evidence. Jason Weeks provided us with a handheld computer to view the video and left the room. The video had been cut, so that only the altercation was viewable. The video could not be backed up to view the events leading up to the altercation. Jason Weeks provided an even more heavily redacted copy of D.D. incident report. Jason Weeks stated he instructed school officials to correct T.H. Principal's Report of Suspension, to indicate a parent had not been notified prior to hearing. I asked Jason Weeks who I would contact to escalate this greivance further, he told me Assistant Superintendent Bill Emerson. Friday, December 14, 2018 we were contacted by Principal Brothers to come in for a meeting. At this meeting, Principal Brothers said he had made the decision to drop T.H. suspension from his record, but the referral would remain on his record indicated he kicked another student.

# Factual Allegations, Continued *(Page 3 of 5 )*

I expressed to Principal Brothers my concern of retaliation for challenging school officials, explaining T.H. had made the freshman high school baseball team. Principal Brothers told me that doesn't happen at this school. On the evening of December 14, 2018 our family attended the GBHS JROTC awards ceremony. T.H. was not awarded the good conduct award due to T.H. suspension and referral. December 17, 2018 Peter Harris-Inman brought this to the attention of Principal Brothers, who commented, we just can't make you guys happy.

3. In the spring of 2019 I was in consistent contact with Gulf Breeze Middle School beginning around March through the end of the year. During this time I was in contact with Santa Rosa School District Literacy Coordinator Patti McKnight again, this time in her capacity as Literacy Coordinator. Patti McKnight told me that Superintendent Wyrosdick had a conversation with her about getting involved in our situation with Director of High Schools Jason Weeks. On June 2, 2019 I emailed my concern/complaint to all members of the Santa Rosa County School Board. I received two responses. One from Wei Ueberschaer - "Thank you for your email informing me of your situation." One from Carol Boston - "I appreciate you sharing this information. It is important to hear from you. I will look into the incident and your concerns." I did not hear from anyone else via email or phone call. August 15, 2019 I followed up with all school board members again. I received the following responses, Clifton Hinote - "Please contact the Director of High Schools, Mr. Jason Weeks; "Linda Sanborn - "I would suggest contacting the GBHS principal. If that does not resolve your questions, call Jason Weeks, director of high schools for the district;" Carol Boston - "Mr. Jason Weeks is SRC District of High Schools is the person you should contact. His email is weeksj@santarosa.k12.fl.us." Due to the conduct of school officials and the inaction of the SRCSD school board, I enrolled my two sons in Bay County School District for the 2019-2020 school year.

4. October 8, 2019 I mailed my complaint to Executive Office of Governor DeSantis, Office of Commission Richard Cororan, and Office of Professional Practices-Randy Kosec. November 2019, I was notified by Office of Safe Schools Debra Sheets that the responsibility of operating, controlling, and supervising the public schools lies with local administrators and members of the school board. I was encouraged to continue discussions with the Santa Rosa County School Board. January 22, 2020, I filed my complaint with Assistant Superintendent of Human Resources,

# Factual Allegations, Continued *(Page 4 of 5)*

Conni Carnley. In a follow up conversation with Conni Carnley to inquire how this complaint would be handled, Conni Carnley informed me

that she had taken my complaint to Superintendent Wyrosdick, he would then assign it to one of the assistant superintendent to invesigate. I

told Conni Carnley that I would not speak to Mr. Wyrosdick by phone, if he reaches out to me I would prefer he contact me by email. Mr. Wyrosdick

phoned me, I told him the same. Mr. Wyrosdick states my complaint is mixture of allegations, references to educator misconduct and policy issues; that

the blend and use of terminology is often difficult to understand, but he would proceed without my help. He also points out that the incident I am referring

to occurred over 18 months ago. February 25, 2020 Mr. Wyrosdick welcomed me to provide any additional information. May 15, 2020 Mr Wyrosdick

informed me Covid had delayed his investigation regarding my allegations, he expected to reconvene his investigation on June 2, 2020.

On June 1, 2020 I emailed another form of my complaint to Superintendent Wyrosdick, all school board members, as well as the Gulf Breeze High

School officials involved in this situation. This complaint included over 150 specific questions regarding how this situation was handled. I followed

up on July 13, 2020 to which Superintendent Wyrosdick responded on July 15, 2020 he had taken no further action after his review. I attended the

July 2020 Santa Rosa County School Board meeting in Milton and addressed Superintendent Wyrsodick. He confidently explained to me that he

had answers all of my questions, several staff members had been involved in reviewing my complaint, no further action could be taken and

school board meetings were not appropriate place to discuss student conduct. On July 17, 2020 I requestd public records request for the video,

I was denied based on statue by Director of Labor Relations and Compliance David Gunter, supported by Superintendent Wyrosdick and School Board member Wei Uebuerschaer.

On August 25, 2020 I made a public records request for the document/email that Superintendent Wyrosdick said he provided with all the answers to the questions in my complaint.

On Septemeber 11, 2020Director of Labor Relations and Compliance David Gunter told me the district does have a document pertinent to my request; Mr. Wyrosdick

or his representaive has previously provided or granted access to all records that exist related to my request. On November 5, 2020 I requested all correspondence and

documentation surrounding this incident with all parties involved including documents used by GBHS officials. It was from this request I first obtain an completely unredacted

copy of D.D incident report. I still have not obtained T.H. incident report without the "Description of Incident" redacted. On November 2, 2020 Wei Ueberschaer stated

# Factual Allegations, Continued *(Page 5 of 5 )*

The district staff has explained that this incident has been fully investigated. It has been reviewed multiple times. I am sorry you do not agree

with the results. In response to another request, on December 1, 2020 Wei Ueberschaer explains, in reviewing your concern again since our

last conversation, I do not find any evidence to warrant changing what has already been done.

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Constitutional right to due process in education, zero evidence was provided to prove T.H. was involved in

mutual participation of altercation. To my knowledge two pieces of information were available. D.D.'s incident

report and the video. Neither were provided as evidence to T.H. to dispute. T.H. and D.D. each provided their

version of events with the Incident Report. T.H was not given a chance to be heard or dispute the information

provided in D.D. incident report.

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

I want answers from the people responsible for turning our family's lives upside down. Myself, T.H. and my younger son have lived in Bay County

since 8/2019, while dad still lives in Gulf Breeze. Damages requested for supporting 2 seperate households two hours from one another, the added

cost of travel to spend time together, as well as counseling expenses; $150,000.00 per year since 2019 until my younger son graduates high school

estimated to be $750,000.00 total. Punitive damages, $1,000,000.00 because this could have simply been resolved the day of the altercation.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 9/3/2021   Plaintiff's Signature: _Angela Kay Rudder_

Printed Name of Plaintiff: _Angela Kay Rudder_

Address: _8700 Front Beach Road_
_Unit 7203_

E-Mail Address: _angela@harris-inmanConstruction.Com_

Telephone Number: _____850-232-6631_____

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*