UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANGELA KAY RUDDER,

    Plaintiff,

v.                                Case No.: 3:21-cv-1001/MCR/ZCB

TIMOTHY WYROSDICK, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 5, 2023. (Doc. 57). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 57) is adopted and incorporated by reference in this order.

2. Defendants' Motion to Dismiss, (Doc. 51), is **GRANTED**.

3. Plaintiff's fifth amended complaint (Doc. 46) be **DISMISSED** as a shotgun pleading and for lack of standing.[1]

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 1st day of September 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's federal claims should be dismissed with prejudice. *See Vibe Micro, Inc. v. Shabanets*, 878 F.3d 1291, 1296 (11th Cir. 2018). To the extent the fifth amended complaint includes state law claims, those claims should be dismissed without prejudice. *Id.* at 1296-97